IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDELINA ROYBAL-DE-AGUERO,

    Plaintiff,

  v.

WELLS FARGO NA,

    Defendant.

No. C 12-05977 CRB

**ORDER TO SHOW CAUSE**

Defendant Wells Fargo filed a motion to dismiss Plaintiff's complaint on November 29, 2012. See Mot. (dkt. 4). Defendant then renoticed its Motion on December 26, 2012. See Renotice (dkt. 11). Pursuant to Civil Local Rule 7-3, Plaintiff's opposition brief was due not more than fourteen days thereafter. Plaintiff has failed to file an opposition brief. Accordingly, Plaintiff is ORDERED to show cause by **12:00 PM on Friday, February 8, 2013** why his case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: February 1, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\5977\osc.wpd