IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDELINA ROYBAL-DE-AGUERO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO NA,<br><br>　　　　Defendant.　　　　　　　　／ | No. C 12-05977 CRB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On February 22, 2013, the Court granted Defendant Wells Fargo's Motion to Dismiss, and granted Plaintiff Fedelina Roybal-de-Aguero twenty days to amend if she wished to do so. See Minutes (dkt. 17). Twenty days have elapsed and Plaintiff has failed to amend. Accordingly, the Court DISMISSES Plaintiff's case pursuant to Federal Rule of Civil Procedure 41(b), this time with prejudice.

**IT IS SO ORDERED.**

Dated: March 22, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\5977\osc.wpd