**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDELINA ROYBAL-DE-AGUERO,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO NA,<br><br>    Defendant.<br>_____/ | No. C 12-05977 CRB<br><br>**JUDGMENT** |

    Having dismissed Plaintiff's case pursuant to Rule 41(b), the Court hereby enters judgment for Defendant and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: March 22, 2013

                                 CHARLES R. BREYER
                                 UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\5977\judgment.wpd