IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDELINA ROYBAL-DE-AGUERO,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO NA,<br><br>    Defendant.<br>_____/ | No. CV 12-05977 CRB<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION TO REOPEN CASE** |

Two years ago, the Court dismissed Plaintiff's case with prejudice pursuant to Federal Rule of Civil Procedure 41(b), see Order (dkt. 21); Judgment (dkt. 22), and granted Defendant's unopposed motion for attorneys' fees, see Order (dkt. 28). Shortly thereafter, the Court denied Plaintiff's first Motion to Reopen. See Order (dkt. 36). Plaintiff has now filed a document entitled "EX PARTE APPLICATION TO RE-OPEN AND CLERKS['] REMAND CORRECT PARTIES AS LISTED ON CIVIL CASE COVER SHEET Case Management Conference Ex Parte Motion to Consolidate [Proposed] Order." See Application (dkt. 38).

The Court cannot discern any legal basis for reopening the case or for making the

//

//

//

1 changes Plaintiff requests.  Accordingly, the Court DENIES Plaintiff's Application.

2     **IT IS SO ORDERED.**

4 Dated: March 19, 2015      CHARLES  R. BREYER
    UNITED STATES DISTRICT JUDGE